IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR61

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ANDY DARREN GREEN ) | |

**THIS MATTER** is before the Court on Defendant's motion for disclosure of copies of "information, records, and other materials" contained "within the files of your agency" pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* ("FOIA") and the Privacy Act, 5 U.S.C. § 552a *et seq.* The motion is denied.

The FOIA directs agencies of the federal government to make certain information available to the public. Federal courts, however, are expressly excluded from the definition of "agency" for purposes of FOIA disclosure requirements. **See 5 U.S.C. § 551(1)(B);** *United States v. Kearse*, 30 F. App'x 85 (4th Cir. 2002); *United States v. Miramontez*, 995 F.2d 56, 59 n.3 (5th Cir. 1993).

Except in cases of sealed documents or certain other circumstances, any document filed with the Court is considered to be a public document and available to any person upon request and payment of the copying charge. Defendant may contact the Clerk of this Court for further information regarding copies of documents filed herein.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for disclosure of materials under the Privacy Act or the Freedom of Information Act is hereby **DENIED**.

Signed: July 29, 2008

Lacy H. Thornburg
United States District Judge